

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00063-PSG-SK<br><br>(Removed from Los Angeles Superior Court - Case No. 19STCV43112)<br><br>**[PROPOSED] ORDER**<br><br>**Action Filed:** November 21, 2018<br>**Trial Date:** None<br><br>*Assigned for all purposes to the Hon. Philip S. Gutierrez* |

1  IT IS HEREBY ORDERED:

2  The above referenced case is dismissed.

3  **IT IS SO ORDERED.**

4

5  DATED: 3/11/2020

6  The Honorable Philip S. Gutierrez
   United States District Judge